I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-19-13

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DARYL DEAN MATTHEWS,                )     Case No. CV 13-9017-GHK (RNB)
                                    )
                    Petitioner,     )
                                    )     **JUDGMENT**
        vs.                         )
                                    )
JEFFREY BEARD, Secretary,           )
                                    )
                    Respondent.     )
_____)

        In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

        IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 12/17/13

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE